NO. 07-07-0253-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 24, 2008

______________________________

CURTIS LEE THOMPSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 251
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 18888-C; HONORABLE ANA ESTEVEZ, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS

Before the Court is appellant’s motion to dismiss his appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.  Rule 42.2 states that at any time before the appellate court’s decision, the court may dismiss an appeal upon the appellant’s motion.  
Tex. R. App. P.
 42.2(a).  The appellant and his attorney must sign the written motion to dismiss.  
Id
.  

All of the requirements of Rule 42.2(a) have been satisfied.  The Court has considered appellant’s motion and concludes the motion should be granted and the appeal should be dismissed.

Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  

Mackey K. Hancock

          Justice

Do not publish.